UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
FRANK ENTEN,                                        )
                                                    )
            Plaintiff,                              )
                                                    )
      v.                                            )    Civil Action No. 09-1825 (PLF)
                                                    )
DISTRICT OF COLUMBIA, *et al.*,                     )
                                                    )
            Defendants.                             )
_____)

ORDER

      For the reasons stated in the Opinion issued this same day, it is hereby

      ORDERED that Mr. Enten's application for a preliminary injunction [2] is

DENIED; and it is

      FURTHER ORDERED that the parties are directed to meet and confer and to file

a joint report regarding how they wish to proceed in this case on or before January 8, 2010.

      SO ORDERED.


                                          /s/_____
                                          PAUL L. FRIEDMAN
DATE:  December 22, 2009                   United States District Judge